NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-479

SUCCESSION

OF

WILLIAM SYKES

**************

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 12776
HONORABLE MARVIN R. GAHAGAN, PRESIDING

**************

**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, John D. Saunders and Jimmie C. Peters, Judges.

**REVERSED AND REMANDED.**

John C. Davidson
John J. Zachary
Faircloth, Davidson, Vilar & Elliott, LLC.
1535 Jackson Street
P.O. Box 12730
Alexandria, Louisiana 71315-2730
(318) 442-9533
COUNSEL FOR APPELLANT:
       Rosie Williams Hackett

Gilbert Sykes
2752 Valley Ridge Road
Shreveport, Louisiana 71108
(In Proper Person)

Gregory Englesman
Bolen, Parker & Brenner
P.O. Box 11590
Alexandria, Louisiana 71315-1590
COUNSEL FOR APPELLEE:

J.C. Penney Life Insurance Company

E. Grey Burnes Talley
P.O. Box 650
Alexandria, Louisiana 71309-0650
COUNSEL FOR APPELLEE:
     Elbertine Sykes

Oscar Rene Whatley
2222 Williams Avenue Extension
Natchitoches, Louisiana 71457
(In Proper Person)

Jackie Blake
2226 Williams Avenue Extension
Natchitoches, Louisiana 71457
(In Proper Person)